

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

March 5, 2020

**VIA ECF**

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Roth v. Farmingdale Union Free School District*
Docket No. : 18-cv-4319 (RPK)(ARL)
File No. : 180111

Your Honor:

We represent defendant Farmingdale Union Free School District. We write on behalf of all parties in response to the proposed scheduling order issued on March 4, 2020 (Docket Entry No. 41).

The parties agree to the proposed schedule and do not have any issues that have to be addressed with the Court at this time. We respectfully request that the April 1, 2020 initial conference be converted from an in-person conference to a telephone conference at 1:40 p.m. as contemplated in the Court Order.

Thank you for your consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

Adam I. Kleinberg

cc: Jonathan Clarke, Esq. (via ECF)