# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE:** 4/1/2020
United States Magistrate Judge

**TIME:** 1:40 p.m.

**DOCKET NO:** 18-4319 (RPK)

**CASE:** Roth v. Farmingdale U.F.S.D.

 X   **INITIAL CONFERENCE**
 ___ **STATUS CONFERENCE**
 X   **SCHEDULING CONFERENCE**     **BY TELEPHONE** X
 X   **SETTLEMENT CONFERENCE**
 ___ **FINAL CONFERENCE**
 ___ **DISCOVERY CONFERENCE**

     **APPEARANCES:**     **FOR PLAINTIFF:**     **FOR DEFENDANTS:**

     Jonathan Clarke     Adam Kleinberg

**The following rulings were made:**

     **The parties have agreed to a schedule which has been entered under a separate Order.**

**SO ORDERED:**

_____/s/_____