UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFF ROTH,

                    Plaintiff,

          -against-

FARMINGDALE UNION FREE SCHOOL
DISTRICT,

                    Defendant.
------------------------------------------------------------------X

**ORDER**
18-CV-4319 (AMD) (ARL)

**LINDSAY, Magistrate Judge:**

    Before the Court is Defendant's motion pursuant to FRCP 37(a)(3)(B)(iii) and (iv) and Local Rule 37.3(c) requesting an order compelling Plaintiff to respond to Defendant's document demands and interrogatories.  ECF No. 45.  Plaintiff has not responded to the motion.

    Accordingly, Defendant's motion is granted, as unopposed.  On or before July 20, 2020 Plaintiff is directed to provide Defendant with responses to any outstanding discovery request.

Dated:  Central Islip, New York
          July 2, 2020

SO ORDERED:

_____/s_____
ARLENE R. LINDSAY
United States Magistrate Judge